BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone:  (559) 497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )   1:12-CR-00417-LJO-SKO
                                 )
                 Plaintiff,      )   FINAL ORDER OF FORFEITURE
                                 )
v.                               )
                                 )
MICHAEL ANGEL ESPINOZA,          )
                                 )
                 Defendant.      )
                                 )
_____)

     WHEREAS, on June 7, 2013, the Court entered a Preliminary Order

of Forfeiture, forfeiting to the United States all right, title, and

interest of defendant Michael Angel Espinoza in the following

property:

          a.   (2) Raven, caliber .25 auto pistols,
          b.   a Beretta, caliber .22LR pistol, and
          c.   all ammunition seized in this case.

     AND WHEREAS, beginning on June 4, 2013, for at least 30

consecutive days, the United States published notice of the Court's

Order of Forfeiture on the official internet government forfeiture

site www.forfeiture.gov.  Said published notice advised all third

parties of their right to petition the Court within sixty (60) days

from the first day of publication of the notice for a hearing to

adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of Michael Angel Espinoza.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The Bureau of Alcohol, Tobacco, Firearms and Explosives shall maintain custody of and control over the subject property until it is disposed of according to law.


IT IS SO ORDERED.

Dated:    **October 7, 2013**                      **/s/ Lawrence J. O'Neill**
                                                   UNITED STATES DISTRICT JUDGE